# EXHIBIT A



# Service of Process Transmittal
06/19/2017
CT Log Number 531424687

| | |
|---|---|
| TO: | Ami Gomez<br>Apple Inc.<br>1 Infinite Loop, M/S 169-2NYJ<br>Cupertino, CA 95014-2083 |
| RE: | Process Served in New Jersey |
| FOR: | Apple Inc.  (Domestic State: CA) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Mary Ann Patey, Pltf. vs. Apple Inc. and John Doe, etc., Dfts. |
| DOCUMENT(S) SERVED: | Summons, Reminder, Notice, Statement(s), Complaint, |
| COURT/AGENCY: | Hudson County Superior Court - Law Division, NJ<br>Case # HUDL205017 |
| NATURE OF ACTION: | Personal Injury - Failure to Maintain Premises in a Safe Condition - June 13, 2015 |
| ON WHOM PROCESS WAS SERVED: | The Corporation Trust Company, West Trenton, NJ |
| DATE AND HOUR OF SERVICE: | By Process Server on 06/19/2017 at 09:30 |
| JURISDICTION SERVED: | New Jersey |
| APPEARANCE OR ANSWER DUE: | Within 35 days from the date of receipt, not counting the date of receipt |
| ATTORNEY(S) / SENDER(S): | Nat S. Amadeo<br>Amadeo & Miller<br>1767 Kennedy Boulevard<br>Jersey City, NJ 07305<br>201-433-8510 |
| ACTION ITEMS: | SOP Papers with Transmittal, via  UPS Next Day Air , 1Z0399EX0100239824<br><br>Image SOP<br><br>Email Notification,  Kim Moore  kim_moore@apple.com<br><br>Email Notification,  Lisa Olle  olle@apple.com<br><br>Email Notification,  Victoria Nakaahiki  victoria_nakaahiki@apple.com<br><br>Email Notification,  Maya Kumar  maya_kumar@apple.com<br><br>Email Notification,  Phil Rawlinson  prawlinson@apple.com<br><br>Email Notification,  Jessica Hannah  jessica_hannah@apple.com<br><br>Email Notification,  Kate Kaso-Howard  kkasohoward@apple.com<br><br>Email Notification,  Marc Breverman  mbreverman@apple.com |

Page 1 of  3 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
06/19/2017
CT Log Number 531424687

| | |
|---|---|
| **TO:** | Ami Gomez<br>Apple Inc.<br>1 Infinite Loop, M/S 169-2NYJ<br>Cupertino, CA 95014-2083 |
| **RE:** | **Process Served in New Jersey** |
| **FOR:** | Apple Inc.  (Domestic State: CA) |

Email Notification,  Noreen Krall  nkrall@apple.com

Email Notification,  David Melaugh  melaugh@apple.com

Email Notification,  Colleen Brown  colleen_brown@apple.com

Email Notification,  Diana Loop  loop@apple.com

Email Notification,  Sarita Venkat  saritav@apple.com

Email Notification,  Cyndi Wheeler  cwheeler@apple.com

Email Notification,  Heather Moser  hmoser@apple.com

Email Notification,  Ami Gomez  ami_r_gomez@apple.com

Email Notification,  Tim O'Neil  toneil@apple.com

Email Notification,  Charstie Wheelock  wheelock@apple.com

Email Notification,  Erik Floyd  efloyd@apple.com

Email Notification,  Beth Kellermann  kellermann@apple.com

Email Notification,  Andrew Song  asong@apple.com

Email Notification,  Ryan Moran  rmoran@apple.com

Email Notification,  Jennifer Brown  jennifer_brown@apple.com

Email Notification,  Susan Guarino  sguarino@apple.com

Email Notification,  Andrew Farthing  afarthing@apple.com

Email Notification,  Ash Upreti  aupreti@apple.com

Email Notification,  Jen Yokoyama  jyokoyama@apple.com

Email Notification,  Scott Murray  scott_murray@apple.com

Email Notification,  Pami Vyas  pvyas@apple.com

| | |
|---|---|
| **SIGNED:** | The Corporation Trust Company |
| **ADDRESS:** | 820 Bear Tavern Road<br>3rd Floor |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



**Service of Process Transmittal**
06/19/2017
CT Log Number 531424687

| | |
|---|---|
| **TO:** | Ami Gomez<br>Apple Inc.<br>1 Infinite Loop, M/S 169-2NYJ<br>Cupertino, CA 95014-2083 |
| **RE:** | **Process Served in New Jersey** |
| **FOR:** | Apple Inc.  (Domestic State: CA) |
| **TELEPHONE:** | West Trenton, NJ 08628<br>609-538-1818 |

Page 3 of  3 / SP

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**DULY SERVED**
DATE 6-19-17
John A. Kemler, Sheriff
BY _P. Santiago_
Special Deputy

**SUMMONS**

Attorney(s) AMADEO & MILLER
Office Address 1767 Kennedy Boulevard
Town, State, Zip Code Jersey City, NJ 07305

Telephone Number 201-433-8510
Attorney(s) for Plaintiff Mary Ann Patey

MARY ANN PATEY

Plaintiff(s)

vs.

APPLE INC.

Defendant(s)

**Superior Court of New Jersey**

Hudson County
Law Division
Docket No: HUD L 2050-17

**CIVIL ACTION SUMMONS**

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.njcourts.gov/forms/10153_deptyclerklawref.pdf.

_Michelle M. Smith_
Clerk of the Superior Court

DATED: 06/09/2017

Name of Defendant to Be Served: Apple Inc. c/o Registered Agent - Corporation Trust Company
Address of Defendant to Be Served: 820 Bear Tavern Road, West Trenton, NJ 08628

## IMPORTANT REMINDER

You have recently filed a complaint in the Law Division, Hudson County. Enclosed please find a copy of the complaint marked "Filed" and the Track Assignment Notice (TAN). Please be sure to use the assigned docket number on all future pleadings, correspondence, etc.

You are reminded of the following:

R.4:4-1. requires that the summons is to be issued within 15 days from the date of the Track Assignment Notice.

R.4:4-7. requires that "proof of service" shall (mandatory) be promptly filed with the court within the time during which the person served must respond (35 days) by the person making service or by the party on whose behalf service is made.

"Proof of Service" should be filed with the Judge/Team indicated on the Tan.

Please carefully read, understand and follow R.4:24-1., Time for Completion of Discovery, and R. 4:24-2., Motions Required to Be Made During Discovery Period.

Always be aware of the operative Discovery End Date (DED) for your case. If in doubt, you can contact the Team indicated on the TAN or this information may be found on the Judiciary's website homepage at www.njcourtsonline.com under the heading "civil discovery end date search."

Mary K. Costello
Presiding Judge Civil Division

```
HUDSON COUNTY SUPERIOR COURT
HUDSON COUNTY
583 NEWARK AVENUE
JERSEY CITY         NJ 07306
                                              TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 217-5162
COURT HOURS  8:30 AM - 4:30 PM

                          DATE:   MAY 19, 2017
                          RE:     PATEY VS APPLE INC ET ALS
                          DOCKET: HUD L -002050 17

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS  300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON JOSEPH V. ISABELLA

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     001
AT:  (201) 795-6114.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
  CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
        PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDAN
CE
  WITH  R.4:5A-2.
                         ATTENTION:
                                        ATT: NATIAL S. AMADEO
                                        AMADEO & MILLER
                                        1767 KENNEDY BOULEVARD
                                        JERSEY CITY       NJ 07305

  JUJRIVO
```



| CIVIL CASE INFORMATION STATEMENT (CIS) Use for initial Law Division Civil Part pleadings (not motions) under Rule 4:5-1. Pleading will be rejected for filing, under Rule 1:5-6(c), if information above the black bar is not completed or attorney's signature is not affixed. | FOR USE BY CLERK'S OFFICE ONLY |
|---|---|
| | PAYMENT TYPE: ☐ CK ☐ CG ☐ CA |
| | CHG/CK NO.: |
| | AMOUNT: |
| | OVERPAYMENT: |
| | BATCH NUMBER: |

| ATTORNEY/PRO SE NAME<br>Nat S. Amadeo | TELEPHONE NO.<br>201 433-8510 | COUNTY OF VENUE<br>HUDSON |
|---|---|---|
| FIRM NAME (if applicable)<br>AMADEO & MILLER | | DOCKET NO. (when available)<br>L-2050-17 |
| OFFICE ADDRESS<br>1767 Kennedy Boulevard<br>Jersey City, NJ 07305 | | DOCUMENT TYPE<br>Complaint |
| | | JURY DEMAND ☐ YES ☒ NO |

| NAME OF PARTY (e.g., John Doe, Plaintiff)<br>Mary Ann Patey, Plaintiff | CAPTION<br>Mary Ann Patey vs. Apple Inc. and John Doe (person and/or persons unknown at this time) |
|---|---|

| CASE TYPE NO.<br>(See reverse side for listing)<br>605 | HURRICANE SANDY RELATED?<br>☐ YES ☐ NO | IS THIS A PROFESSIONAL MALPRACTICE CASE? ☐ YES ☒ NO<br>IF YOU HAVE CHECKED "YES," SEE N.J.S.A. 2A:53A-27 AND APPLICABLE CASE LAW REGARDING YOUR OBLIGATION TO FILE AN AFFIDAVIT OF MERIT. |
|---|---|---|
| RELATED CASES PENDING?<br>☐ YES ☒ NO | | IF YES, LIST DOCKET NUMBERS |
| DO YOU ANTICIPATE ADDING ANY PARTIES<br>(arising out of same transaction or occurrence)?<br>☐ YES ☒ NO | | NAME OF DEFENDANT'S PRIMARY INSURANCE COMPANY (if known)<br>CCMSI<br>☐ NONE ☐ UNKNOWN |

THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE.

CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

| DO PARTIES HAVE A CURRENT, PAST OR RECURRENT RELATIONSHIP?<br>☐ YES ☒ NO | IF YES, IS THAT RELATIONSHIP<br>☐ EMPLOYER-EMPLOYEE ☐ FRIEND/NEIGHBOR ☐ OTHER (explain)<br>☐ FAMILIAL ☐ BUSINESS |
|---|---|

DOES THE STATUTE GOVERNING THIS CASE PROVIDE FOR PAYMENT OF FEES BY THE LOSING PARTY? ☐ YES ☒ NO

USE THIS SPACE TO ALERT THE COURT TO ANY SPECIAL CASE CHARACTERISTICS THAT MAY WARRANT INDIVIDUAL MANAGEMENT OR ACCELERATED DISPOSITION:

| DO YOU OR YOUR CLIENT NEED ANY DISABILITY ACCOMMODATIONS?<br>☐ YES ☒ NO | IF YES, PLEASE IDENTIFY THE REQUESTED ACCOMMODATION: |
|---|---|
| WILL AN INTERPRETER BE NEEDED?<br>☐ YES ☒ NO | IF YES, FOR WHAT LANGUAGE: |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

ATTORNEY SIGNATURE: *Nat S. Amadeo, Esq.*

30 - Civil Case Information Statement (CIS)
Appendix XII-B1; CN 10517
Rev. 8/16 Effective 10/1/16 P10/16

Powered by HotDocs

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.

**SIDE 2** 

# CIVIL CASE INFORMATION STATEMENT
## (CIS)
Use for initial pleadings (not motions) under Rule 4:5-1

**CASE TYPES** (Choose one and enter number of case type in appropriate space on the reverse side.)

### Track I — 150 days' discovery
- 151 NAME CHANGE
- 175 FORFEITURE
- 302 TENANCY
- 399 REAL PROPERTY (other than Tenancy, Contract, Condemnation, Complex Commercial or Construction)
- 502 BOOK ACCOUNT (debt collection matters only)
- 505 OTHER INSURANCE CLAIM (INCLUDING DECLARATORY JUDGMENT ACTIONS)
- 506 PIP COVERAGE
- 510 UM or UIM CLAIM (coverage issues only)
- 511 ACTION ON NEGOTIABLE INSTRUMENT
- 512 LEMON LAW
- 801 SUMMARY ACTION
- 802 OPEN PUBLIC RECORDS ACT (SUMMARY ACTION)
- 999 OTHER (briefly describe nature of action) _____

### Track II — 300 days' discovery
- 305 CONSTRUCTION
- 509 EMPLOYMENT (other than CEPA or LAD)
- 599 CONTRACT/COMMERCIAL TRANSACTION
- 603N AUTO NEGLIGENCE - PERSONAL INJURY (non-verbal threshold)
- 603Y AUTO NEGLIGENCE - PERSONAL INJURY (verbal threshold)
- 605 PERSONAL INJURY
- 610 AUTO NEGLIGENCE - PROPERTY DAMAGE
- 621 UM or UIM Claim (includes bodily injury)
- 699 TORT – OTHER

### Track III — 450 days' discovery
- 005 CIVIL RIGHTS
- 301 CONDEMNATION
- 602 ASSAULT AND BATTERY
- 604 MEDICAL MALPRACTICE
- 606 PRODUCT LIABILITY
- 607 PROFESSIONAL MALPRACTICE
- 608 TOXIC TORT
- 609 DEFAMATION
- 616 WHISTLEBLOWER/CONSCIENTIOUS EMPLOYEE PROTECTION ACT (CEPA) CASES
- 617 INVERSE CONDEMNATION
- 618 LAW AGAINST DISCRIMINATION (LAD) CASES

### Track IV — Active Case Management by Individual Judge/450 days' discovery
- 156 ENVIRONMENTAL/ENVIRONMENTAL COVERAGE LITIGATION
- 303 MT. LAUREL
- 508 COMPLEX COMMERCIAL
- 513 COMPLEX CONSTRUCTION
- 514 INSURANCE FRAUD
- 620 FALSE CLAIMS ACT
- 701 ACTIONS IN LIEU OF PREROGATIVE WRITS

### Multicounty Litigation (MCL) (Track IV)
- 271 ACCUTANE/ISOTRETINOIN
- 274 RISPERDAL/SEROQUEL/ZYPREXA
- 281 BRISTOL-MYERS SQUIBB ENVIRONMENTAL
- 282 FOSAMAX
- 285 STRYKER TRIDENT HIP IMPLANTS
- 286 LEVAQUIN
- 287 YAZ/YASMIN/OCELLA
- 289 REGLAN
- 289 POMPTON LAKES ENVIRONMENTAL LITIGATION
- 291 PELVIC MESH/GYNECARE
- 292 PELVIC MESH/BARD
- 293 DEPUY ASR HIP IMPLANT LITIGATION
- 295 ALLODERM REGENERATIVE TISSUE MATRIX
- 296 STRYKER REJUVENATE/ABG II MODULAR Hip Stem Components
- 297 MIRENA CONTRACEPTIVE DEVICE
- 299 OLMESARTAN MEDOXOMIL MEDICATIONS/BENICAR
- 300 TALC-BASED BODY POWDERS
- 601 ASBESTOS
- 623 PROPECIA

If you believe this case requires a track other than that provided above, please indicate the reason on Side 1, in the space under "Case Characteristics."

Please check off each applicable category:  ☐ Putative Class Action      ☐ Title 59

30 - Civil Case Information Statement (CIS)
Appendix XII-B1; CN 10517

Powered by HOTDOCS

Printed by ALL-STATE LEGAL®
A Division of ALL-STATE International, Inc.
www.aslegal.com   800.222.0510   Page 2



AMADEO & MILLER
1767 Kennedy Boulevard
Jersey City, New Jersey 07305
(201) 433-8510
Attorney(s) for Plaintiff
-------------------------------------
Plaintiff                           : SUPERIOR COURT OF NEW JERSEY
                                    : LAW DIVISION: HUDSON COUNTY
MARY ANN PATEY                      : DOCKET NO.
                                    :
                                    :     L-2050-17
            vs.                     :
                                    :     CIVIL ACTION
Defendant                           :
                                    :     **COMPLAINT**
APPLE INC. and JOHN DOE (person     :
and/or persons unknown at this time):
-------------------------------------

  Plaintiff, MARY ANN PATEY, residing at 175 West 27th Street in the City of Bayonne, County of Hudson and State of New Jersey, by way of Complaint, respectfully says:

  1. On or about June 13, 2015 Plaintiff, MARY ANN PATEY was on the property owned by Defendant, APPLE INC. and/or JOHN DOE (person and/or persons unknown at this time), located in the Short Hills Mall, in the Township of Millburn, County of Essex and State of New Jersey.

  2. At said time and place Plaintiff, MARY ANN PATEY, was on the property of said Defendant, APPLE INC. and/or JOHN DOE (person and/or persons unknown at this time), in the area of said

property and was caused injury due to the negligence of the Defendant, APPLE INC. and/or JOHN DOE (person and/or persons unknown at this time).

3. Defendant, APPLE INC. and/or JOHN DOE (person and/or persons unknown at this time), were negligent in that they:

    a. Did not keep the premises in a safe condition;

    b. did not exercise proper care;

    c. caused a dangerous and hazardous condition to exist;

    d. allowed a nuisance to exist;

    e. failed to provide proper safeguards and/or warnings on the property;

    f. failed to provide proper, safe and clean access for persons allowed and invited to use the property;

    g. and was otherwise negligent in the premises.

4. As a result of the negligence of the Defendant, APPLE INC. and/or JOHN DOE (person and/or persons unknown at this time), Plaintiff MARY ANN PATEY, was caused to fall and thereby suffered severe and disabling injuries and/or suffer aggravation of a pre-existing condition, and has been and will, in the future, be caused to obtain medical treatment and has and will, in the future, be caused to refrain from her normal pursuits.

WHEREFORE, Plaintiff MARY ANN PATEY demands judgment against the Defendant, APPLE INC. and/or JOHN DOE (person and/or persons

unknown at this time), for damages, interest and cost of suit.

## CERTIFICATION

Pursuant to Rule 4:5-1 it is hereby stated that the matter in controversy is not now the subject matter of any other action pending in any other Court, or of a pending arbitration proceeding to the best of our knowledge and belief.

Also, to the best of our belief, no other action or arbitration proceeding is contemplated.

Further, other than the parties set forth in this pleading and previous pleadings, at the present time we know of no other parties that should be joined in the within action.

                         AMADEO & MILLER
                         Attorneys for Plaintiff

                         BY: _____
                             NAT S. AMADEO

DATED: May 10, 2017